McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 29 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM DAN POWELL, <br><br> Defendant. | CASE NO. 2:19-CR-0147 GEB <br><br> 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography (2 counts); 18 U.S.C. § 2253 – Criminal Forfeiture |

# INDICTMENT

COUNT ONE: [18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography]

The Grand Jury charges: T H A T

WILLIAM DAN POWELL,

defendant herein, in or about June 2016, in the County of Shasta, State and Eastern District of California, did knowingly possess one or more matters, to wit, a PNY 16 gigabyte SD card, which contained visual depictions, including but not limited to, (1) lsp-001-103.jpg; (2) lsp-001-066.jpg; (3) show-003-101.jpg; and (4) LS_Video_105a.avi, that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which were produced using materials that had been so shipped and transported, by any means including by computer, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaged in sexually explicit conduct, and such visual depictions were of such conduct as defined in Title 18, United States Code,

INDICTMENT

1

1  Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

2  COUNT TWO: [18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography]

3  The Grand Jury further charges: T H A T

4  WILLIAM DAN POWELL,

5  defendant herein, on or about June 13, 2019, in the County of Shasta, State and Eastern District of
6  California, did knowingly possess one or more matters, to wit:

- a Gateway computer, which contained visual depictions, including but not limited to, (1) 0116471_Carved.jpeg; (2) Image [0116003] – 4D1813E1-2.jpg; and (3) Image [0116007] – 3144D9E6-1.jpg; and,
- a Western Digital hard drive, which contained visual depictions, including but not limited to, (1) Image [0013158] –gu-037-067.jpg; (2) Image [0013031] – ism-016-049.jpg; and (3) Image [0013119] –gu-037-030.jpg,

that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which were produced using materials that had been so shipped and transported, by any means including by computer, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaged in sexually explicit conduct, and such visual depictions were of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of one of the offenses alleged in Counts One and Two of this Indictment, defendant WILLIAM DAN POWELL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matters which contain visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations or any property traceable to such property, including but not limited to the following:

///

        a.    PNY 16 gigabyte SD card;

        b.    Gateway computer, serial number PTGA1020080020208D3000;

        c.    Western Digital hard drive, serial number WXNX08SF5879;

        d.    Western Digital hard drive, serial number WCAU44615362;

        e.    Western Digital hard drive, serial number WCAU47294270; and,

        f.    SanDisk 128 gigabyte MicroSD card.

2.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

                                              A TRUE BILL.

                                              /s/ **Signature on file w/AUSA**

                                              FOREPERSON

McGREGOR W. SCOTT
United States Attorney

INDICTMENT                                              3

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

### WILLIAM DAN POWELL

## I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography (2 counts); 18 U.S.C. § 2253 – Criminal Forfeiture

*A true bill,*   **/s/ Signature on file w/AUSA**

------------------------------
*Foreman.*

*Filed in open court this* __29th__ *day of* __August__, A.D. 20 __19__

_____
*Clerk.*

Bail, $ __ **NO BAIL WARRANT PENDING HEARING** — Defendant Powell

GPO 863 525

## United States v. William Dan Powell
**Penalties for Indictment**

**Defendant**
**WILLIAM DAN POWELL**

### COUNTS 1 and 2:

VIOLATION: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

PENALTIES: Up to 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory)

### FORFEITURE ALLEGATION:

VIOLATION: 18 U.S.C. § 2253 – Criminal Forfeiture

PENALTIES: As stated in the charging document